Printed: 6/27/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 4/9/2005 through 5/31/2005

Page 1 of 2

SBI: 00138962    NAME:    PAULSON, MARK D

05- 471

**FILED**

JUL - 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Date | Balance |
|---|---|
| 04/09/2005 | $2.45 |
| 04/10/2005 | $2.45 |
| 04/11/2005 | $2.45 |
| 04/12/2005 | $2.45 |
| 04/13/2005 | $20.10 |
| 04/14/2005 | $20.10 |
| 04/15/2005 | $20.10 |
| 04/16/2005 | $20.10 |
| 04/17/2005 | $20.10 |
| 04/18/2005 | $20.10 |
| 04/19/2005 | $20.10 |
| 04/20/2005 | $2.98 |
| 04/21/2005 | $2.98 |
| 04/22/2005 | $2.98 |
| 04/23/2005 | $2.98 |
| 04/24/2005 | $2.98 |
| 04/25/2005 | $2.98 |
| 04/26/2005 | $20.00 |
| 04/27/2005 | $20.00 |
| 04/28/2005 | $20.00 |
| 04/29/2005 | $20.00 |
| 04/30/2005 | $20.00 |
| 05/01/2005 | $20.00 |
| 05/02/2005 | $20.00 |
| 05/03/2005 | $20.00 |
| 05/04/2005 | $2.56 |
| 05/05/2005 | $2.56 |
| 05/06/2005 | $2.56 |
| 05/07/2005 | $2.56 |
| 05/08/2005 | $2.56 |
| 05/09/2005 | $2.56 |
| 05/10/2005 | $2.56 |
| 05/11/2005 | $1.15 |
| 05/12/2005 | $1.15 |
| 05/13/2005 | $1.15 |
| 05/14/2005 | $1.15 |
| 05/15/2005 | $1.15 |
| 05/16/2005 | $1.15 |
| 05/17/2005 | $1.15 |
| 05/18/2005 | $1.15 |
| 05/19/2005 | $1.15 |
| 05/20/2005 | $1.15 |
| 05/21/2005 | $1.15 |
| 05/22/2005 | $1.15 |
| 05/23/2005 | $1.15 |
| 05/24/2005 | $1.15 |
| 05/25/2005 | $1.15 |
| 05/26/2005 | $0.00 |

Printed: 6/27/2005

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 4/9/2005 through 5/31/2005

Page 2 of 2

SBI: *00138962*    NAME:    PAULSON, MARK D

| Date | Balance |
|---|---|
| 05/27/2005 | $0.00 |
| 05/28/2005 | $0.00 |
| 05/29/2005 | $0.00 |
| 05/30/2005 | $0.00 |
| 05/31/2005 | $0.00 |

Summary for 'SBI' = 00138962 (53 detail records)        **Average Daily Balance:**    $6.86

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00138962 | PAULSON | MARK | D | | | |
| Current Location: | KEY B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 4/9/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | | 4/9/2005 | $2.45 | $0.00 | $0.00 | $0.00 | $2.45 |
| Commissary | | 4/13/2005 | ($2.35) | $0.00 | $0.00 | $0.00 | $0.10 |
| Mail MO | ROBERT ZIMMER | 4/13/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.10 |
| Copies | | 4/19/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $20.10 |
| Commissary | | 4/20/2005 | ($17.12) | $0.00 | $0.00 | $0.00 | $2.98 |
| Copies | | 4/21/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $2.98 |
| Postage | | 4/21/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $2.98 |
| Postage | | 4/21/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $2.98 |
| Postage | | 4/21/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $2.98 |
| Visit MO | NONE | 4/26/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $22.98 |
| Copies | | 4/26/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $21.73 |
| Copies | | 4/26/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $20.23 |
| Postage | | 4/26/2005 | ($0.23) | $0.00 | ($0.23) | $0.00 | $20.00 |
| | | | | | **Ending Mth Balance:** | | **$20.00** |

# Prior Month -- Individual Statement

Date Printed: 6/27/2005                       Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.00 |
|---|---|---|---|---|---|---|
| 00138962 | PAULSON | MARK | D | | | |
| Current Location: | KEY B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 5/4/2005 | ($17.44) | $0.00 | $0.00 | $0.00 | $2.56 |
| Commissary | | 5/11/2005 | ($1.41) | $0.00 | $0.00 | $0.00 | $1.15 |
| Postage | | 5/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $0.69 |
| Postage | | 5/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $0.23 |
| Postage | | 5/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | | 5/30/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| | | | | | | **Ending Mth Balance:** | **$0.00** |