IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARK DAVID PAULSON,     )
                       )
       Plaintiff,     )
                       )
       v.              )  Civ. No. 05-471-GMS
                       )
WILLIE PHILLIPS, RICK     )
KEARNEY, and STANLEY TAYLOR     )
                       )
       Defendants.     )

**FILED**

AUG - 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

    I, Mark David Paulson, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.41 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *July 19*, 2005.

    This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *July 27, 2005*, 2005.

*Mark Paulson*
Mark David Paulson

1555  U.S.POSTAGE  PB2230370
7975  $00.370
7178  FROM ZIP CODE  AUG 04 05
                               19947

I/M: Mark Hudson BLDG: Keep D
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  13062
GEORGETOWN, DELAWARE  19947

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilson, DE
                    19801-3570



1980143570 12