11/3/05

Office of the Clerk

On 11/1/05 I purchased toiletries/cosmetics at our prison commissary window & noticed my account bal. did not match my reciepts bal. I am in fear that the buisness office here at Sussex Corr. Inst. P.O. Box 500 Georgetown De. 19947 is not holding the proper funds for your courts file fee. I purposely left $20.00 in this account but am not entirely certain it was enough because of lack of info (reciepts delivered on time) on bal. & this office failure to respond to the courts order may jepordize my suit. Please address this matter with the buisness office here, before my suit is rejected because I don't control funds, the office does. We carry no cash. I don't wish to be punished by neglect.

Paulson v. Phillips et al
1:05-cv-00471

Sincerly
Mark David Paulson
SBI # 138962

FILED
NOV -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Mark Hulson   BLDG: KEY-D
SUSSEX CORRECTIONAL INSTITUTION   138962
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M X-RAY

U.S. POSTAGE $00.370
NOV 04 05
19947
PB2230370

United States District Court
Office of the Clerk
844 N. King St. Lockbox 18
Wilm, De.
19801-3570